No. 590. GRAY *v.* PORTER. Ct. App. Md. Certiorari denied.

No. 592. SWANSON *v.* FLORIDA BAR ET AL. C. A. 5th Cir. Certiorari denied. *Will O. Murrell* for petitioner. *William H. Adams III* for respondents.

No. 598. LINCOLN MANUFACTURING Co., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Burton Y. Weitzenfeld* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 599. COUNTY OF WAYNE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Aloysius J. Suchy* and *William F. Koney* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Joseph Kovner* and *Edward Lee Rogers* for the United States. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *T. Carl Holbrook* and *William D. Dexter,* Assistant Attorneys General, for the State of Michigan, and *Julius C. Pliskow* for the City of Detroit, as *amici curiae,* in support of the petition.

No. 603. SANTOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Henry Rothblatt* and *Emma Alden Rothblatt* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Jerome M. Feit* and *Kirby W. Patterson* for the United States.

No. 612. DEL GUERCIO *v.* JAMES. Ct. App. N. Y. Certiorari denied. *John C. Marbach* for petitioner. *Reuben Sirlin* for respondent.